IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

| | |
|---|---|
| ARMA JEAN HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: CV-05-101 |
| vs. | ) |
| | ) |
| BEAULIEU GROUP, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

RECEIVED 2005 JUL -6 P 4: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Beaulieu Group, LLC, hereby gives notice to the Circuit Court of Barbour County, Alabama and Robin C. Freeman, as Attorney for Plaintiff, that Defendant filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. Attached is a copy of the Notice of Removal.

/s/ Courtney R. Potthoff
Courtney R. Potthoff        (POT 010)

One of the Attorneys for Defendant
Beaulieu Group, LLC

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
& SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama  36072-0880
Telephone    (334) 687-5834
Facsimile    (334) 687-5722

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___6___ day of July, 2005, served a copy of the above and foregoing Notice of Removal upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed, postage prepaid:

Robin C. Freeman, Esq.
Hall, Smith, Prim & Freeman, P.A.
Post Office Box 1748
Dothan, Alabama 36302-1748

_____
Of Counsel