## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ARMA JEAN HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:05cv633-D |
| | ) |
| **BEAULIEU GROUP, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon CONSIDERATION of Defendant Beaulieu Group, LLC's Motion To Dismiss (Doc. No. 4), it is ORDERED that Plaintiff show cause, if any there be, on or before July 29, 2005, why said Motion should not be granted.

Done this 18th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE