**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 22, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Arma Jean Harris v. Beaulieu Group, LLC**

**Case Number: 2:05cv633-D**

**Pleading : #6 - Motion to Remand and Response to Defendant's Motion to Dismiss**

**This Notice of Correction is being filed this date to advise that the referenced pleading filed today was docketed with an incorrectly dated pdf document attached. The corrected pdf document is attached to this notice.**