IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ARMA JEAN HARRIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:05cv633-D |
| | ) |
| **BEAULIEU GROUP, LLC, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion to remand (Doc. No. 6), it is ORDERED that on or before August 5, 2005, Defendants show cause, if any there be, why said motion should not be granted.

DONE this 22nd day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE