**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ARMA JEAN HARRIS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 2:05cv633-D** |
| | ) | |
| **BEAULIEU GROUP, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Plaintiff in the above-styled matter, by and through undersigned counsel, and hereby submits this Motion for Extension of Time and would state unto this Honorable Court as follows:

1. On September 30, 2005, this Honorable Court allowed Plaintiff thirty (30) days to conduct discovery in order to determine the identity of the fictitious defendants named in Plaintiff's Complaint.

2. Plaintiff through discovery conducted with Defendant Beaulieu's counsel, has determined the identity of the corporation that manufactured the air conditioning unit and is communicating with Trane, Inc. to determine the name of the private contractor that installed the air conditioning unit. Plaintiff's counsel informed Trane, Inc.'s corporate counsel of the deadline we were under and they notified Plaintiff's counsel that this information would be provided to us immediately upon identification of such. As such, the Plaintiff feels that discovery should be completed and fictitious parties named in 10 to 14 days if not sooner.

3. Counsel for Defendant Beaulieu does not object to an extension in this matter and this extension is not being filed for purposes of delay.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court to allow the Plaintiff additional time, preferably thirty (30) days, in order to receive the name of the private contractor and to allow the Plaintiff to file her Amended Complaint.

RESPECTFULLY SUBMITTED this the 28th day of October, 2005.

> s/ Robin C. Freeman (FRE050)
> Attorney for Plaintiff
> Hall, Smith, Prim & Freeman, P.A.
> 360 North Oates Street
> P.O. Box 1748
> Dothan, Alabama 36302
> Tel: 334-793-3610
> Fax: 334-671-1843
> Email: rfreeman@hallsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 28th day of October, 2005 served a copy of the above and foregoing Motion for Extension of Time upon the following counsel of record, by placing a copy of same in the United States Mail, properly addressed, postage prepaid:

Courtney R. Potthoff, Esq.
Joel P. Smith, Esq.
Williams, Potthoff, Williams
   & Smith, L.L.C.
Post Office Box 880
Eufaula, Alabama 36072

> s/ Robin C. Freeman
> Of Counsel