IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ARMA JEAN HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:05cv633-D |
| | )              (WO) |
| **BEAULIEU GROUP, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Arma Jean Harris' motion for extension of time (Doc. No. 11), it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Plaintiff to conduct limited discovery and file a motion to amend the complaint is hereby EXTENDED to and including November 29, 2005.

DONE this 28th day of October, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE