**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE OF DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| ARMA JEAN HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO. 2:05cv633-D |
| | ) |
| R.J. MECHANICAL, INC. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO AMEND COMPLAINT**

COMES NOW the Plaintiff in the above styled matter, by and through undersigned counsel, and moves to amend her original Complaint, and as grounds therefore would show unto this Honorable Court that the purpose of this motion is to name the fictitious party alleged in Plaintiff's original Complaint as R.J. Mechanical, Inc.

WHEREFORE, Plaintiff prays that this Honorable Court will accept the attached Amended Complaint for replacement of the original Complaint in this matter.

RESPECTFULLY SUBMITTED this the 15th day of November, 2005.

> s/ Robin C. Freeman (FRE050)
> Attorney for Plaintiff
> Hall, Smith, Prim & Freeman, P.A.
> 360 North Oates Street
> P.O. Box 1748
> Dothan, Alabama 36302
> Tel: 334-793-3610
> Fax: 334-671-1843
> Email: rfreeman@hallsmith.com